IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TED K. BROWN,

        Petitioner,

v.

VALERIE HAYS BROWN,

        Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4509

Opinion filed December 21, 2016.

Petition for Writ of Mandamus -- Original Jurisdiction.

Ted K. Brown, pro se, Petitioner.

No appearance for Respondent.

PER CURIAM.

        DENIED.

ROBERTS, C.J., ROWE and WINSOR, JJ., CONCUR.